UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SOLIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. T.C. GROUNDS,<br><br>　　　　Respondent. | Case No. 15-cv-01440-JD<br><br>**ORDER OF TRANSFER** |

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Orange County Superior Court. Orange County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a*); Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in the Central District, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: May 19, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SOLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>R. T.C. GROUNDS,<br><br>        Defendant. | Case No. 15-cv-01440-JD<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on May 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin Solis ID: AL-8626
Salinas Valley State Prison
P.O. Box 1020
A-3 133
Soledad, CA 93960


Dated: May 19, 2015


                                Richard W. Wieking
                                Clerk, United States District Court


                                By: /s/ Lisa R. Clark
                                LISA R. CLARK, Deputy Clerk to the
                                Honorable JAMES DONATO

2